Filed 2/29/24  P. v. Bradshaw CA2/7

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>JOSEPH BRADSHAW,<br><br>Defendant and Appellant. | B326680<br><br>(Los Angeles County<br>Super. Ct. No. BA490607) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Richard S. Kemalyan, Judge.  Affirmed.

Richard L. Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————————

# INTRODUCTION

Joseph Bradshaw pleaded no contest to one count of attempted murder and one count of second degree robbery and admitted a firearm allegation. The trial court sentenced him to an aggregate prison term of 16 years. We appointed counsel to represent Bradshaw on appeal. After reviewing the record, appointed counsel for Bradshaw did not identify any arguable issues. Nor, after reviewing the record, have we. Therefore, we affirm.

# FACTUAL AND PROCEDURAL BACKGROUND

On September 7, 2020 Azhane Young was sitting in her car with her boyfriend and her mother when she saw Bradshaw watching her from his parked car. When Young drove out of the parking lot, Bradshaw followed her. After Young dropped off her mother, Bradshaw continued to follow her. When Young pulled into a gas station to get away from Bradshaw, Bradshaw blocked her car. Young told her boyfriend to get out of the car and leave everything behind. Bradshaw, brandishing a firearm, took Young's purse from the glove compartment of the car.

On September 10, 2020 Marcus Brown was walking past Bradshaw's car when Bradshaw said something to him. As Brown approached the driver's side of the car, Bradshaw fired multiple rounds at Brown, hitting him twice in the chest and once in the mouth. After shooting Brown, Bradshaw drove away at a high rate of speed. Brown survived.

On July 2, 2021 the People charged Bradshaw with various crimes, including one count of attempted murder (Pen. Code,

§§ 187, subd. (a), 664) and one count of second degree robbery (*id.*, § 211).  On September 19, 2022, after the trial court granted the People's motion to add an allegation Bradshaw personally used a firearm (*id.*, § 12022.5, subd. (a)), Bradshaw pleaded no contest to attempted murder and second degree robbery and admitted the firearm allegation.  The trial court sentenced Bradshaw to an aggregate prison term of 16 years.

## DISCUSSION

After reviewing the record, counsel for Bradshaw filed an opening brief raising no issues.  On November 14, 2023 counsel advised Bradshaw that he intended to file a brief raising no issues and that Bradshaw had the right to file a supplemental brief.  Counsel also sent Bradshaw the appellate record and a copy of the opening brief.  On November 14, 2023 we advised Bradshaw he had 30 days to submit a supplemental brief or letter stating any grounds of an appeal, contentions, or arguments he wanted us to consider.  We have not received a response from Bradshaw.

We have examined the record and are satisfied that appellate counsel for Bradshaw has complied with his responsibilities and that there are no arguable issues.  (See *Smith v. Robbins* (2000) 528 U.S. 259, 277-284; *People v. Kelly* (2006) 40 Cal.4th 106, 118-119; *People v. Wende* (1979) 25 Cal.3d 436, 441-442.)

## DISPOSITION

The judgment is affirmed.

SEGAL, Acting P. J.

We concur:

FEUER, J.

MARTINEZ, J.